OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 22, 2008

**Philip A. Rovner**, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Dear Counsel:        RE: **CA 98-395 GMS Lucent Technologies Inc. v. Periphonics Corp.**

Pursuant to the Order entered on 7/13/2001, the following documents are herewith returned to you:

**ITEM #:    115, 167, 186, and 187**

A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____

Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: ___1/23/08___ .

_____
Signature of Attorney or